**FILED**

OCT 28 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, ESQ.
STEVEN R. YOURKE, ESQ.
7767 Oakport St., Suite 1120
Oakland, Ca. 94621
Email: John.Burris@johnburrislaw.com
Phone: (510) 839-5200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., | Case No.: 1:10-CV-00592-OWW-GSA |
| Plaintiffs, | **ORDER** |
| vs. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

Defendants COUNTY OF STANISLAUS and SHERIFF ADAM CHRISTIANSON have moved to dismiss portions of the complaint pursuant to Federal Rule of Civil Procedure Rule 12(b) on grounds that Sheriff Christiansen is immune from federal civil rights liability on the basis of Venegas v. County of Los Angeles, 32 Cal.4th 820 (2004). Defendants have also moved to dismiss Plaintiff Marilyn Prescott's first, second and third causes of action and to dismiss Plaintiffs Rachel and Marilyn Prescott's state law wrongful death claim. The motion came on for hearing regularly as scheduled. Having reviewed the moving papers and those submitted in opposition and having heard oral argument by counsel for all parties, the ORDER of this Court is as follows:

1. Defendants' motion to dismiss Plaintiff Marilyn Prescott's first, second and third causes of actions is GRANTED.

2. Defendants' motion to dismiss Plaintiffs Rachel and Marilyn Prescott's state law wrongful death claim is GRANTED.

3. Defendants' motion to dismiss Plaintiffs' federal civil rights claims on the basis of the Eleventh Amendment immunity is DENIED.

IT IS SO ORDERED.

Dated: 10-28-7, 2010.

United States District Judge