1  **P O R T E R  |  S C O T T**
   A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 99180
   Kristina M. Hall, SBN 196794
3  Ashley M. Wisniewski, SBN264601
   350 University Ave., Suite 200
4  Sacramento, California 95825
   TEL: 916.929.1481
5  FAX: 916.927.3706

6  Attorneys for Defendants COUNTY OF STANISLAUS
   and  Sheriff ADAM CHRISTIANSON, in his official capacity
7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11  RACHEL PRESCOTT, individually and       Case No. 1:10-CV-00592-OWW-JLT
    as Guardian Ad Litem for minor plaintiffs
12  A.P., C.P., R.P., T.P., Y.P. and M.P.; and
    MARILYN PRESCOTT,                       **STIPULATED PROTECTIVE ORDER**
13
                Plaintiffs,
14
    vs.
15
    COUNTY OF STANISLAUS; Sheriff
16  ADAM CHRISTIANSON, in his official
    capacity;  CALIFORNIA  FORENSIC
17  MEDICAL  GROUP,  INC.;  and  Does 1
    through 25, inclusive.
18
                Defendants.
19  _____/

20        Defendants COUNTY OF STANISLAUS and ADAM CHRISTIANSON (collectively

21  hereafter "County Defendants") in good faith believe that certain documents relevant to the

22  above-captioned case contain information that is (a) confidential, sensitive, or potentially

23  invasive of an individual's privacy interests; (b) not generally known; and, ( c) not generally

24  revealed to the public or third parties or, if disclosed to third parties, would require such third

25  parties to maintain the information in confidence.  These confidential documents include, but

26  are not limited to:

27        1.    Personnel records of Stanislaus County Sheriff's Office deputies involved in

28              the subject incident at issue;

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATED PROTECTIVE ORDER**
00845759.WPD

2.     Training records of Stanislaus County Sheriff's Office deputies involved in the subject incident;

3.     The internal affairs investigation pertaining to the subject incident;

IT IS HEREBY STIPULATED by, among and between the parties through their counsels of record that the documents described herein may be designated as "Confidential" by the COUNTY and produced subject to the following Protective Order:

1.     The disclosed documents shall be used solely in connection with the civil cases of *Prescott v. County of Stanislaus, et al.*, Case No. 1:10-CV-00592-OWW-JLT (USDC EDCA) and in the preparation and trial of the cases, or any related proceeding.  The County Defendants do not waive any objections to the admissibility of the documents or portions thereof in future proceedings in this case, including trial.  Any documents submitted in any related litigation that were under seal remain under seal in this action.

2.     A party producing the documents and materials believed to be confidential as described herein may designate those materials as confidential by affixing a mark labeling them "Confidential,"provided that such marking does not obscure or obliterate the content of any record.  If any confidential materials cannot be labeled with this marking, those materials shall be placed in a sealed envelope or other container that is in turn marked "Confidential" in a manner agree upon by the disclosing and requesting parties.

3.     Documents or materials designated under this Protective Order as "Confidential" may only be disclosed to the following persons:

(a)     John L. Burris and Stephen R. Yourke, and associate attorneys in their office, as counsel for Plaintiffs in the case designated above;

(b)     Jerome M. Varanini, and associates in his office, as counsel for Defendant California Forensic Medical Group in the case designated above;

(b)     Paralegal, clerical and secretarial personnel regularly employed by counsel referred to in subparts (a) and (b) immediately above, including stenographic deposition reporters or videographers retained in connection with this action;

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATED PROTECTIVE ORDER**
00845759.WPD

1   (c)   Court personnel, including stenographic reporters or videographers

2   engaged in proceedings as are necessarily incidental to the preparation for the trial of the civil

3   action;

4   (d)   Any expert, consultant or investigator retained in connection with this

5   action;

6   (e)   The finder of fact at the time of trial, subject to the court's ruling on *in*

7   *limine* motions and objections of counsel; and,

8   (f)   Witnesses during their depositions in this action.

9   4.   Prior to the disclosure of any Confidential information to any person identified

10   in paragraph 3 and it subparts, each such recipient of Confidential information shall be

11   provided with a copy of this Stipulated Protective Order, which he or she shall read.  Upon

12   reading this Stipulated Protective Order, such person shall acknowledge that he or she has

13   read this Stipulated Protective Order and agrees to abide by its terms.  Such person also must

14   consent to be subject to the jurisdiction of the United States District Court for the Eastern

15   District of California, including without limitation any proceeding for contempt. Provisions

16   of this Stipulated Protective Order, insofar as they restrict disclosure and use of the material,

17   shall be in effect until further order of this Court.  The attorneys designated in subparts (a)

18   and (b) of Paragraph 3 above shall be responsible for internally tracking the identities of

19   those individuals to whom copies of documents marked Confidential are given.  The County

20   Defendants may request the identities of said individual(s) upon the final termination of the

21   litigation or if it is able to demonstrate a good faith basis that any of the other parties to this

22   actions, or agents thereof, have breached the terms of the Stipulated Protective Order.

23   5.   As to A~~a~~ll documents or materials designated as "Confidential" pursuant to this

24   Stipulated Protective Order~~,~~ and all papers or documents containing information or materials

25   designated as "Confidential," ~~that are filed with the Court for any purpose shall be filed and~~

26   ~~served under seal, with the following statement affixed to the document or information:~~

27   *##*

28   *##*

**STIPULATED PROTECTIVE ORDER**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00845759.WPD

1    ~~This envelope is sealed pursuant to the order of the Court and contains~~
     ~~Confidential information filed in this case by [name of party] and is not to be~~
2    ~~opened nor the contend thereof displayed or revealed except by order of the~~
     ~~Court.~~
3

4    the parties agree that they will seek permission from the Court to file the Confidential

5    information under seal according to Local Rule 141.  If permission is granted, the material

6    will be filed and served in accordance with Local Rule 141.

7         6.    The designation of documents or information as "Confidential" and the

8    subsequent production thereof is without prejudice to the right of any party to oppose the

9    admissibility of the designated document or information.

10        7.    A party may apply to the Court for an order that information or materials

11   labeled "Confidential" are not, in fact, confidential.  Prior to applying to the Court for such

12   an order, the party seeking to reclassify Confidential information shall meet and confer with

13   the producing party.  Until the matter is resolved by the parties or the Court, the information

14   in question shall continue to be treated according to its designation under the terms of this

15   Stipulated Protective Order.  The producing party shall have the burden of establishing the

16   propriety of the "Confidential" designation.  A party shall not be obligated to challenge the

17   propriety of a confidentiality designation at the time made and a failure to do so shall not

18   preclude a subsequent challenge thereto.

19        8.    Copies of Confidential Documents

20        The following procedures shall be utilized by the parties in production of documents

21   and materials designated as "Confidential":

22        (a)    Counsel for parties other than the County Defendants shall receive one

23   copy of the Confidential documents at no charge.

24        (b)    Counsel for parties other than the County Defendants shall not copy,

25   duplicate, furnish, disclose, or otherwise divulge any information contained in the

26   confidential documents to any source, except those persons identified in Paragraph 3 herein,

27   without further order of the Court or authorization from counsel for the County Defendants.

28        (c)    If the other parties in good faith require additional copies of documents

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00845759.WPD

1   marked "Confidential" in preparation of their case, they shall make a further request to

2   counsel for the County Defendants.  Upon agreement with counsel for the County

3   Defendants, copies will be produced in a timely manner to the requesting party, pursuant to

4   the procedures of this Stipulated Protective Order.  Agreement shall not be unreasonably

5   withheld by counsel for the County Defendants.

6      (d) Any additional copying of the Confidential documents beyond the first

7   copy will be charged to the requesting party.

8      (e) The County Defendants shall produce documents and material marked

9   "Confidential" to Plaintiffs.

10      (f) If any document or information designated as confidential pursuant to

11   this Stipulated Protective Order is used or disclosed during the course of a deposition, that

12   portion of the deposition record reflecting such material shall be stamped with the

13   appropriate designation and access shall be limited pursuant to the terms of this Stipulated

14   Protective Order.  The court reporter for the deposition shall mark the deposition transcript

15   cover page and all appropriate pages or exhibits and each copy thereof, in accordance with

16   paragraph 5 of this Stipulated Protective Order.  Only individuals who are authorized by this

17   Protective Order to see or receive such material may be present during the discussion or

18   disclosure of such material.

19     9. Notwithstanding the provisions of Paragraph 3, confidential information

20   produced pursuant to this Protective Order may not be delivered, exhibited or otherwise

21   disclosed to any reporter, writer or employee of any trade publication, newspaper, magazine

22   or other media organization, including but not limited to radio and television media.

23     10. Should any information designated confidential be disclosed, through

24   inadvertence or otherwise, to any person not authorized to receive it under this Protective

25   Order, the disclosing person(s) shall promptly (a) inform counsel for the County Defendants

26   of the recipient(s) and the circumstances of the unauthorized disclosure to the relevant

27   producing person(s) and (b) use best efforts to bind the recipient(s) to the terms of this

28   Protective Order.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

5

**STIPULATED PROTECTIVE ORDER**

00845759.WPD

11.     No information shall lose its confidential status because it was inadvertently or unintentionally disclosed to a person not authorized to receive it under this Protective Order.  In addition, any information that is designated confidential and produced by the County Defendants does not lose its confidential status due to any inadvertent or unintentional disclosure.  In the event that the County Defendants make any such inadvertent disclosure, the documents which are confidential will be identified accordingly, marked in accordance with Paragraph 2 above, and a copy of the Confidential-marked documents provided to the other parties to this action.  Upon receipt of the Confidential-marked documents, the receiving parties will return the unmarked version of the documents to counsel for the County Defendants within fourteen (14) days.

12.     In regard to the documents produced by the County Defendants in conjunction with their FRCP 26 Initial Disclosures, the parties hereby agree that the documents marked with the following numbers are Confidential and are protected by the terms of this Protective Order:

(a)     SC234 to SC249;

(b)     SC408 to SC410;

(c)     SC446 to SC 453;

(d)     SC462 to SC597;

(e)     SC692 to SC703;

(f)     SC705 to SC713; and,

(g)     SC761 to SC1207.

With respect to each of the documents enumerated in subparts (a) through (g) of this paragraph, the County Defendants will provide replacements of these documents marked in accordance with Paragraph 2 to reflect their confidential nature.  The other parties agree that, upon receipt of these marked documents to replace the documents enumerated in subparts (a) through (g), they will immediately return the unmarked pages with the same numbers produced in the Rule 26 disclosure to counsel for the County Defendants.

13.     After the conclusion of this litigation, all documents and materials, in whatever

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916. 929.1481
FAX. 916. 927.3706
www.porterscott.com

6
STIPULATED PROTECTIVE ORDER
00845759.WPD

1  form stored or reproduced containing confidential information will remain confidential, and

2  if filed with the Court shall remain under seal.  All documents and materials produced to

3  counsel for the other parties pursuant to this Stipulated Protective Order shall be returned to

4  counsel for the County Defendants in a manner in which counsel will be able to reasonably

5  verify that all documents were returned.  All parties agree to ensure that all persons to whom

6  confidential documents or materials were disclosed shall be returned to counsel for

7  Defendants.  "Conclusion" of this litigation means a termination of the case following a trial

8  or settlement.

9       14.    No later than thirty (30) days after settlement or of receiving notice of the entry

10  of an order, judgment, or decree terminating this action, all persons having received the

11  confidential documents shall return said documents to counsel for the County Defendants.

12       15.    If any party appeals a jury verdict or order terminating the case, counsel for the

13  County Defendants shall maintain control of all copies of confidential documents.  If

14  following an appeal the district court reopens the case for further proceedings, the documents

15  shall be returned to counsel for the other parties.

16       16.    This Stipulated Protective Order shall remain in full force and effect and shall

17  continue to be binding on all parties and affected persons after this litigation terminates,

18  subject to any subsequent modifications of this Stipulated Protective Order for good cause

19  shown by this Court or any Court having jurisdiction over an appeal of this action.  After this

20  action terminates, any party may seek to modify or dissolve this Stipulated Protective Order

21  by Court order for good cause shown or by the stipulation of the parties.

22       17.    During the pendency of this lawsuit, Tthe Court shall retain jurisdiction, even

23  after this lawsuit terminates, (a) to make such amendments, modifications and additions to

24  this Protective Order as it may from time to time deem appropriate upon good cause shown;

25  and, (b) to adjudicate any dispute arising under it.

26  Dated: December 27, 2010          LAW OFFICES OF JOHN L. BURRIS

27

28         By   /s/ Steven R. Yourke (Auth'd 12/27/10)

**STIPULATED PROTECTIVE ORDER**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916. 929.1481
FAX. 916. 927.3706
www.porterscott.com

00845759.WPD

1
John L. Burris
Steven R. Yourke
2
Attorneys for Plaintiffs
///
3
///
4
///
5   Dated: December 27, 2010          TRIMBLE, SHERINIAN & VARANINI

6

7                                      By   /s/ Jerome M. Varanini (auth'd 12/1/10)
                                          Jerome M. Varanini
8                                         Attorneys for Defendant
                                          California Forensic Medical Group
9

10  Dated: December 27, 2010          PORTER SCOTT
                                      A PROFESSIONAL CORPORATION
11

12
                                      By   /s/ Terence J. Cassidy
13                                        Terence J. Cassidy
                                          Kristina M. Hall
14                                        Ashley M. Wisniewski
                                          Attorneys for Defendants COUNTY OF
15                                        STANISLAUS and SHERIFF ADAM
                                          CHRISTIANSON
16

17                                      ORDER

18        Based upon the stipulation of the parties, the Stipulated Protective Order, as

19  modified by the Court in paragraphs 5 and 17, is here by **GRANTED**.

20

21  IT IS SO ORDERED.

22  Dated:   **December 27, 2010**                    **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**STIPULATED PROTECTIVE ORDER**

00845759.WPD