UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, individually and as Guardian Ad Litem for minor Plaintiffs A.P., C.P., R.P., T.P., Y.P., and M.P.; and MARILYN PRESCOTT,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF STANISLAUS, *et al*,<br><br>          Defendants. | 1:10-CV-00592-OWW-GSA<br><br>MEMORANDUM DECISION RE: PLAINTIFFS' MOTION TO FILE FIRST AMENDED COMPLAINT  (Doc. 34) |

### I.  <u>INTRODUCTION</u>

Plaintiffs are the surviving relatives of Craig Prescott, who died while in custody at the Stanislaus County Jail on April 13, 2009.   Plaintiffs now move, pursuant to Federal Rule of Civil Procedure Rule 15, to file an amended pleading to add previously unidentified parties.  No new claims are alleged.

### II. <u>FACTUAL AND PROCEDURAL BACKGROUND</u>

The facts relevant to this motion are not in dispute.  On April 6, 2010, Plaintiffs filed this action against the County of

1

Stanislaus, Stanislaus County Sheriff Adam Christianson, and California Forensic Medical Group, Inc.   Plaintiffs advanced six causes of action based upon the allegation of excessive force under 42 U.S.C. § 1983.

Plaintiffs moved to amend their complaint on March 4, 2011. Doc. 34.   According to Plaintiffs, the "proposed First Amended Complaint [] identifies the unidentified parties and also provides a more detailed statement of the claims."   Id.   No new claims are alleged.   Plaintiffs attached the "Proposed First Amended Complaint" as an exhibit to their March 4, 2011 motion.

Plaintiffs, however, filed a subsequent "First Amended Complaint" on March 10, 2011.   Doc. 35.

On March 11, 2011, County Defendants filed a "Statement of Conditional Non-Opposition, to Plaintiffs' Motion to File First Amended Complaint."   Doc. 36.   The County Defendants' conditional non-opposition is based on: (1) the inconsistencies between the "Proposed First Amended Complaint," filed on March 4, 2011, and the "First Amended Complaint," filed on March 10, 2011; and (2) the uncertainty over which amended pleading is the operative complaint.

On March 20, 2011, Defendant California Forensic Medical Group, Inc. filed a statement of non-opposition to the motion. Doc. 39.

## III.   DISCUSSION.

Under Fed. R. Civ. P. 15(a), a party is allowed to amend its pleading once as a matter of course within 20 days of serving the pleading, or at any time before a responsive pleading is served. After this time period, a party may amend its pleading by leave of

court or with the opposing party's written consent, and such leave "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a), (b).

Here, the County Defendants' conditional non-opposition is based on inconsistencies between the "Proposed First Amended Complaint," filed on March 4, 2011, and the "First Amended Complaint," filed on March 10, 2011. The County Defendants' objections focus on the March 4, 2011 pleading, specifically, that it is uncertain from the face of the complaint whether Plaintiffs seek to add Deputies Gary Lake and/or John Boy Palarca as Defendants in this action. It is similarly unclear whether the fifth cause of action is advanced by Rachel Prescott and/or Marilyn Prescott or on behalf of the minor plaintiffs.

In response to these concerns, Plaintiffs filed a revised first amended complaint on March 19, 2011. Doc. 37. In the revised pleading, Plaintiffs name Deputies Gary Lake and John Boy Palarca as Defendants in this action. The revised complaint further provides that the fifth cause of action for wrongful death is advanced only by Craig Prescott's minor children. Neither Rachel Prescott nor Marilyn Prescott advance a wrongful death claim.

Plaintiffs' revised first amended complaint resolves the County Defendants' conditional objection. The motion is now unopposed. See Doc. 36 at 2 ("Should these issues be remedied, [County] Defendants do not oppose the [motion].").

///

///

///

3

1     **For the reasons stated above, Plaintiffs' unopposed motion to**

2  **amend is GRANTED, Fed. R. Civ. P. 15(b), and the revised first**

3  **amended complaint, filed on April 19, 2011, Doc. 37, is deemed the**

4  **operative first amended complaint.  It is deemed filed April 19,**

5  **2011.**

6

7  IT IS SO ORDERED.

8  **Dated:    April 25, 2011**               _____ **/s/ Oliver W. Wanger** _____
                                        UNITED STATES DISTRICT JUDGE

9

**4**