**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
Ashley M. Wisniewski, SBN264601
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF STANISLAUS; Sheriff ADAM CHRISTIANSON, in his individual capacity; SGT. CHAD BLAKE; DEPUTY GARY LAKE; DEPUTY ADAM VOORTMAN; DEPUTY SHAUN MURPHY; DEPUTY BRIAN MUNGUIA; DEPUTY SANTOS DE LOS SANTOS; DEPUTY RICHARD AZIZ; and DEPUTY JOHN BOY PALARCA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, individually and as Guardian Ad Litem for minor plaintiffs A.P., C.P., R.P., T.P., Y.P., and M.P.; and MARILYN PRESCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>v. COUNTY OF STANISLAUS, Sheriff ADAM CHRISTIANSON, in his individual capacity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., Sgt. CHAD BLAKE; Deputy GARY LAKE; Deputy ADAM VOORTMAN; Deputy SHAUN MURPHY; Deputy BRIAN MUNGUIA; Deputy SANTOS DE LOS SANTOS; Deputy RICHARD AZIZ; Deputy JOHN BOY PALARCA; PATRICIA SPURGEON, R.N.; AMANDA GIBSON, F.N.P.; DR. JOHN BAKER.<br><br>Defendants.<br>_____/ | Case No. 1:10-CV-00592-OWW-JLT<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed:      04/06/2010<br>First Amd Compl. Filed: 04/19/2011<br>Trial:                03/06/2012 |

///
///
///

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RACHEL PRESCOTT, A.P., C.P., R.P., T.P., Y.P., M.P. and MARILYN PRESCOTT, and Defendants COUNTY OF STANISLAUS, Sheriff ADAM CHRISTIANSON, Sgt. CHAD BLAKE, Deputy GARY LAKE, Deputy ADAM VOORTMAN, Deputy SHAUN MURPHY, Deputy BRIAN MUNGUIA, Deputy SANTOS DE LOS SANTOS, Deputy RICHARD AZIZ, Deputy JOHN BOY PALARCA, CALIFORNIA FORENSIC MEDICAL GROUP, INC. PATRICIA SPURGEON, AMANDA GIBSON, and DR. JOHN BAKER, by through their undersigned Counsel, pursuant to USDC EDCA Local Rules 83-143 and 6-144 (d) as follows:

    1.    The parties respectfully request that the District Court modify the Pre-Trial Scheduling Order to allow sixty (60) additional days for the scheduling of deadlines, the Final Pretrial Conference, and Trial based on good cause appearing therefor as more fully set forth below.

    2.    This action arises out of alleged violations of Plaintiffs' federal civil rights and state law claims against Defendants in connection with the death of Plaintiffs' decedent, Craig Prescott.

    3.    The parties have been diligent in their efforts to litigate this case. Counsel for for the County Defendants have served written discovery, including Interrogatories and Requests for Production of Documents. Counsel for the CFMG Defendants have also served Requests for Production of Documents. Depositions are scheduled for May 5, 2011, June 14, 2011, and June 16, 2011.

    4.    On April 19, 2011, the Complaint was amended to name eleven additional defendants. Based on the large number of defendants being added less than three and a half months before the close of discovery, all parties anticipate the need to extend discovery deadlines and continue the trial date in order to serve additional written discovery, conduct depositions, and subpoena records. Moreover, the newly-named defendants will be prejudiced if additional time for discovery is not permitted.

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

00890620.WPD

5. In addition, the parties have met and conferred and tentatively agreed to engage in early mediation. Modification of the Pre-Trial Scheduling Order will permit additional time for discovery following mediation, if necessary.

6. Presently, non-expert discovery is scheduled to be completed on July 30, 2011, Expert Disclosures with reports are due to be served August 30, 2011, Expert Discovery cut off is October 1, 2011, Last day to File Dispositive Motions is November 14, 2011 with hearing date of December 12, 2011, Final Pre Trial Conference is January 23, 2012, and the Trial is presently scheduled to commence on March 6, 2012.

7. Based on the fact that eleven defendants have been added, this is a complex case, and there is a large amount of discovery that remains to be completed, such as conducting depositions and subpoenaing records, the parties request the trial date be continued and the Pre-Trial Scheduling order be modified accordingly. The parties have not sought any prior modifications.

Therefore, the parties respectfully submit that good cause exists to amend the Pre-Trial Scheduling Order and therefore request modification of the Pre-Trial Scheduling Order, as follows:

| | |
|---|---|
| Last Day to Complete Non-Expert Discovery | September 30, 2011 |
| Last Day to Disclose Expert Witnesses | October 21, 2011 |
| Last Day to Disclose Supplemental/Rebuttal Experts | November 18, 2011 |
| Last Day to Complete Expert Discovery | December 23, 2011 |
| Last Day to File Non-Dispositive Motions | December 30, 2011 |
| Settlement Conference | January 13, 2012 |
| Last Day to Hear Non-Dispositive Motions | January 27, 2012 |
| Last Day to File Dispositive Motions | January 23, 2012 |
| Last Day to Hear Dispositive Motions | February 20, 2012 |
| Final Pre-Trial Conference | April 2, 2012 |
| Trial | May 15, 2012 |

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1    IT IS FURTHER STIPULATED and AGREED between the parties that all other
2 provisions of the Pre-Trial Scheduling Order of November 4, 2010 shall remain in effect.
3 This Stipulation may be signed in counterparts and any facsimile or electronic signature shall
4 be as valid as an original signature.
5    IT IS SO STIPULATED.

6                                                    Respectfully submitted,

7 DATED: May 19, 2011                  LAW OFFICES OF JOHN L. BURRIS

8
                                       By /s/ Steven R. Yourke
9                                          John L. Burris
                                           Steven R. Yourke
10                                         Attorneys for Plaintiffs
                                           RACHEL PRESCOTT, A.P., C.P., R.P.,
11                                         T.P., Y.P., M.P., and MARILYN
                                           PRESCOTT
12                                         (As Authorized on 5/19/11)

13
   DATED: May 19, 2011                  PORTER SCOTT
14                                      A Professional Corporation

15
                                        By  /s/ Terence J. Cassidy
16                                          Terence J. Cassidy
                                            Kristina M. Hall
17                                          Ashley M. Wisniewski
                                            Attorney for Defendants
18                                          COUNTY OF STANISLAUS; SHERIFF
                                            ADAM CHRISTIANSON; SGT. CHAD
19                                          BLAKE; DEPUTY GARY LAKE;
                                            DEPUTY ADAM VOORTMAN;
20                                          DEPUTY SHAUN MURPHY; DEPUTY
                                            BRIAN MUNGUIA; DEPUTY SANTOS
21                                          DE LOS SANTOS; DEPUTY RICHARD
                                            AZIZ; and DEPUTY JOHN BOY
22                                          PALARCA

23 DATED: May 19, 2011                  TRIMBLE, SHERINIAN & VARANINI

24
                                       By /s/ Jerome M. Varanini
25                                         Jerome M. Varanini
                                           Attorney for Defendants
26                                         CALIFORNIA FORENSIC MEDICAL
                                           GROUP, INC. PATRICIA SPURGEON,
27                                         AMANDA GIBSON, and DR. JOHN
                                           BAKER
28                                         (As Authorized on 5/9/11)

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00890620.WPD

**ORDER**

Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Pre-Trial Scheduling Order of November 4, 2010, be modified with the new schedule as set forth above.

IT IS SO ORDERED.

**Dated:   May 19, 2011**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

5

**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

00890620.WPD