**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
Ashley M. Wisniewski, SBN264601
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF STANISLAUS; Sheriff ADAM CHRISTIANSON, in his individual capacity; SGT. CHAD BLAKE; DEPUTY GARY LAKE; DEPUTY ADAM VOORTMAN; DEPUTY SHAUN MURPHY; DEPUTY BRIAN MUNGUIA; DEPUTY SANTOS DE LOS SANTOS; DEPUTY RICHARD AZIZ; and DEPUTY JOHN BOY PALARCA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, individually and as Guardian Ad Litem for minor plaintiffs A.P., C.P., R.P., T.P., Y.P., and M.P.; and MARILYN PRESCOTT, <br><br> Plaintiffs, <br><br> vs. <br><br> v. COUNTY OF STANISLAUS, Sheriff ADAM CHRISTIANSON, in his individual capacity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., Sgt. CHAD BLAKE; Deputy GARY LAKE; Deputy ADAM VOORTMAN; Deputy SHAUN MURPHY; Deputy BRIAN MUNGUIA; Deputy SANTOS DE LOS SANTOS; Deputy RICHARD AZIZ; Deputy JOHN BOY PALARCA; PATRICIA SPURGEON, R.N.; AMANDA GIBSON, F.N.P.; DR. JOHN BAKER. <br><br> Defendants. | Case No. 1:10-CV-00592-OWW-JLT <br><br> **STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** <br><br><br> Complaint Filed: 04/06/2010 <br> First Amd Compl. Filed: 04/19/2011 <br> Trial: 05/15/2012 |

///
///
///

---

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00933573.WPD

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RACHEL
2  PRESCOTT, A.P., C.P., R.P., T.P., Y.P., M.P. and MARILYN PRESCOTT, and Defendants
3  COUNTY OF STANISLAUS, Sheriff ADAM CHRISTIANSON, Sgt. CHAD BLAKE,
4  Deputy GARY LAKE, Deputy ADAM VOORTMAN, Deputy SHAUN MURPHY, Deputy
5  BRIAN MUNGUIA, Deputy SANTOS DE LOS SANTOS, Deputy RICHARD AZIZ,
6  Deputy JOHN BOY PALARCA, CALIFORNIA FORENSIC MEDICAL GROUP, INC.
7  PATRICIA SPURGEON, AMANDA GIBSON, and DR. JOHN BAKER, by through their
8  undersigned Counsel, pursuant to USDC EDCA Local Rules 83-143 and 6-144 (d) as
9  follows:
10  1. The parties respectfully request that the District Court modify the Pre-Trial
11  Scheduling Order to allow twenty-one (21) additional days for the scheduling of non-expert
12  discovery and expert discovery deadlines, based on good cause appearing therefor as more
13  fully set forth below.
14  2. This action arises out of alleged violations of Plaintiffs' federal civil rights and
15  state law claims against Defendants in connection with the death of Plaintiffs' decedent,
16  Craig Prescott.
17  3. The parties have been diligent in their efforts to litigate this case. Counsel for
18  Plaintiffs have served Requests for Admissions. Counsel for for the County Defendants
19  have served written discovery, including Interrogatories and Requests for Production of
20  Documents. Counsel for the CFMG Defendants have also served Requests for Production
21  of Documents. Defendants have completed the depositions of Plaintiffs RACHEL
22  PRESCOTT and MARILYN PRESCOTT. The County Defendants have scheduled over
23  twenty witness depositions for September 2011. Plaintiffs are in the process of scheduling
24  the depositions of the County and CFMG Defendants. Despite the parties' best efforts to
25  schedule and complete the depositions prior to the last day to complete non-expert discovery,
26  the large number of defendants and percipient witnesses, combined with multiple calendaring
27  conflicts of the parties' respective counsel, have prevented the parties from completing all
28  depositions prior to the close of non-expert discovery.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00933573.WPD

1    4.   Presently, non-expert discovery is scheduled to be completed on September 30,
2 2011; Expert Disclosures with reports are due to be served October 21, 2011; Expert
3 Discovery cut off is December 23, 2011; Last day to File Dispositive Motions is January 23,
4 2012 with a hearing date of February 20, 2012; Settlement Conference is January 13, 2012;
5 Final Pre-Trial Conference is April 2, 2012; and Trial is scheduled for May 15, 2012.

6    5.   Based on the fact that this is a complex case involving multiple defendants and
7 numerous witnesses, and there is a large number of depositions that remain to be completed,
8 the parties request that the Last Day to Complete Non-Expert Discovery, Disclose Expert
9 Witnesses, and Disclose Supplemental/Rebuttal Expert be extended twenty-one days and the
10 Pre-Trial Scheduling order be modified accordingly. The parties do not seek modification of
11 the Last Day to Complete Expert Discovery or to file and hear motions. Moreover, the
12 parties do not seek modification of the dates currently set for the Settlement Conference,
13 Final Pre-Trial Conference, and Trial. The parties have sought one prior modification of the
14 Pre-Trial Scheduling Order.

15    Therefore, the parties respectfully submit that good cause exists to amend the Pre-
16 Trial Scheduling Order and therefore request modification of the Pre-Trial Scheduling Order,
17 as follows:

| | |
|---|---|
| 18 Last Day to Complete Non-Expert Discovery | October 21, 2011 |
| 19 Last Day to Disclose Expert Witnesses | November 10, 2011 |
| 20 Last Day to Disclose Supplemental/Rebuttal Experts | December 5, 2011 |
| 21 Last Day to Complete Expert Discovery | December 23, 2011 (unchanged) |
| 22 Last Day to File Non-Dispositive Motions | December 30, 2011 (unchanged) |
| 23 Settlement Conference | January 13, 2012 (unchanged) |
| 24 Last Day to Hear Non-Dispositive Motions | January 27, 2012 (unchanged) |
| 25 Last Day to File Dispositive Motions | January 23, 2012 (unchanged) |
| 26 Last Day to Hear Dispositive Motions | February 20, 2012 (unchanged) |
| 27 Final Pre-Trial Conference | April 2, 2012 (unchanged) |
| 28 Trial | May 15, 2012 (unchanged) |

**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

00933573.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1   IT IS FURTHER STIPULATED and AGREED between the parties that all other
2  provisions of the Pre-Trial Scheduling Order of November 4, 2010 shall remain in effect.
3  This Stipulation may be signed in counterparts and any facsimile or electronic signature shall
4  be as valid as an original signature.
5   IT IS SO STIPULATED.

6                                            Respectfully submitted,

7  DATED: September 7, 2011          LAW OFFICES OF JOHN L. BURRIS
8
9                                            By /s/ Steven R. Yourke
                                                 John L. Burris
                                                 Steven R. Yourke
10                                               Attorneys for Plaintiffs
                                                 RACHEL PRESCOTT, A.P., C.P., R.P.,
11                                               T.P., Y.P., M.P., and MARILYN
                                                 PRESCOTT
12                                               (As Authorized on 9/6/11)

13
    DATED: September 7, 2011          PORTER SCOTT
14                                    A Professional Corporation
15
                                      By   /s/ Terence J. Cassidy
16                                         Terence J. Cassidy
                                           Kristina M. Hall
17                                         Ashley M. Wisniewski
                                           Attorneys for Defendants
18                                         COUNTY OF STANISLAUS; SHERIFF
                                           ADAM CHRISTIANSON; SGT. CHAD
19                                         BLAKE; DEP. GARY LAKE; DEP. ADAM
                                           VOORTMAN; DEP. SHAUN MURPHY;
20                                         DEP. BRIAN MUNGUIA; DEP. SANTOS
                                           DE LOS SANTOS; DEP. RICHARD AZIZ;
21                                         and DEP. JOHN BOY PALARCA

22  DATED: September 7, 2011          TRIMBLE, SHERINIAN & VARANINI
23
                                      By /s/   Jerome M. Varanini
24                                             Jerome M. Varanini
                                               Attorney for Defendants
25                                             CALIFORNIA FORENSIC MEDICAL
                                               GROUP, INC. PATRICIA SPURGEON,
26                                             AMANDA GIBSON, and DR. JOHN
                                               BAKER
27                                             (As Authorized on 9/1/11)

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00933573.WPD

**ORDER**

Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Pre-Trial Scheduling Order of November 4, 2010, be modified with the new schedule as set forth above.

IT IS SO ORDERED.

Dated:   September 8, 2011              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

5

**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

00933573.WPD