IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | Case No.: 1:10-cv-00592 JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> (Doc. 62) |

On October 18, 2011, the Court issued an Order to Show Cause as to why the matter should not be dismissed for Plaintiffs' failure to follow the Court's order, or in the alternative for Plaintiffs to complete and file the consent form. (Doc. 62). Plaintiffs completed and filed the form on November 1, 2011, indicating they consent to the jurisdiction of the Magistrate Judge. (Doc. 65).

Accordingly, IT IS HEREBY ORDERED:

The Order to Show Cause dated October 18, 2011, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **November 1, 2011**                    /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE

1