IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., | Case No. 1:10-cv-00592 JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO DISMISS DEFENDANT PATRICIA SPURGEON AND AMANDA GIBSON |
| vs. | |
| COUNTY OF STANISLAUS, et al., | (Doc. 61) |
| Defendants. | |

On October 18, 2011, the parties submitted a stipulation in which they agreed that Defendants, Patricia Spurgeon and Amanda Gibson, would be dismissed with prejudice. (Doc. 61) In addition, the parties agree to bear their own costs. Id.

Good cause appearing, the Court **GRANTS** the stipulation and **ORDERS** that, as to Defendants Patricia Spurgeon and Amanda Gibson only, the matter is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated:   **November 7, 2011**                            /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE

1