**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF STANISLAUS; Sheriff ADAM CHRISTIANSON, in his individual capacity; SGT. CHAD BLAKE; DEPUTY GARY LAKE; DEPUTY ADAM VOORTMAN; DEPUTY SHAUN MURPHY; DEPUTY BRIAN MUNGUIA; DEPUTY SANTOS DE LOS SANTOS; DEPUTY RICHARD AZIZ; and DEPUTY JOHN BOY PALARCA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, individually and as Guardian Ad Litem for minor plaintiffs A.P., C.P., R.P., T.P., Y.P., and M.P.; and MARILYN PRESCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>v. COUNTY OF STANISLAUS, Sheriff ADAM CHRISTIANSON, in his individual capacity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., Sgt. CHAD BLAKE; Deputy GARY LAKE; Deputy ADAM VOORTMAN; Deputy SHAUN MURPHY; Deputy BRIAN MUNGUIA; Deputy SANTOS DE LOS SANTOS; Deputy RICHARD AZIZ; Deputy JOHN BOY PALARCA; PATRICIA SPURGEON, R.N.; AMANDA GIBSON, F.N.P.; DR. JOHN BAKER.<br><br>Defendants.<br>_____/ | Case No. 1:10-CV-00592-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed:       04/06/2010<br>First Amd Compl. Filed: 04/19/2011<br>Trial:                 05/15/2012 |

///
///
///
///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RACHEL PRESCOTT, A.P., C.P., R.P., T.P., Y.P., M.P. and MARILYN PRESCOTT, and Defendants COUNTY OF STANISLAUS, Sheriff ADAM CHRISTIANSON, Sgt. CHAD BLAKE, Deputy GARY LAKE, Deputy ADAM VOORTMAN, Deputy SHAUN MURPHY, Deputy BRIAN MUNGUIA, Deputy SANTOS DE LOS SANTOS, Deputy RICHARD AZIZ, Deputy JOHN BOY PALARCA, CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DR. JOHN BAKER, by through their undersigned Counsel, pursuant to USDC EDCA Local Rules 83-143 and 6-144 (d) as follows:

1. This action arises out of alleged violations of Plaintiffs' federal civil rights and state law claims against Defendants in connection with the death of Plaintiffs' decedent, Craig Prescott.

2. The parties have been diligent in their efforts to litigate this case. Approximately thirty depositions and written discovery has occurred. The large number of defendants and percipient witnesses, combined with multiple calendaring conflicts of the parties' respective counsel and the witnesses, have prevented the parties from either completing all discovery to allow sufficient time for the parties' respective retained expert witnesses to process the sheer volume of information prior to the disclosure deadline. In addition, in preparing to conduct depositions of expert witnesses, together with the fact that expert witnesses are located in various wide-spread locations, and the number of expert witnesses that will be likely be utilized, counsel for the parties in good faith believe that additional time will be needed in order complete expert discovery.

3. Therefore, the parties respectfully submit that good cause exists to amend the Pre-Trial Scheduling Order and therefore request modification of the Pre-Trial Scheduling Order, as follows:

| | |
|---|---|
| Last Day to Disclose Expert Witnesses | November 30, 2011 |
| Last Day to Disclose Supplemental/Rebuttal Experts | December 20, 2011 |
| Last Day to Complete Expert Discovery | January 31, 2012 |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

| | | |
|---|---|---|
| 1 | Last Day to File Non-Dispositive Motions | December 30, 2011 (unchanged) |
| 2 | Last Day to Hear Non-Dispositive Motions | January 27, 2012 (unchanged) |
| 3 | Last Day to File Dispositive Motions | February 10, 2012 |
| 4 | Last Day to Hear Dispositive Motions | March 12, 2012 |
| 5 | Final Pre-Trial Conference | April 16, 2012 |
| 6 | Trial | May 15, 2012 (unchanged) |

7   IT IS FURTHER STIPULATED and AGREED between the parties that all other
8 provisions of the Pre-Trial Scheduling Order of November 4, 2010 shall remain in effect.
9 This Stipulation may be signed in counterparts and any facsimile or electronic signature shall
10 be as valid as an original signature.

11   IT IS SO STIPULATED.

12                                                Respectfully submitted,

13  DATED: November 9, 2011         LAW OFFICES OF JOHN L. BURRIS

14
                                    By /s/ Steven R. Yourke
15                                     John L. Burris
                                       Steven R. Yourke
16                                     Attorneys for Plaintiffs
                                       RACHEL PRESCOTT, A.P., C.P., R.P.,
17                                     T.P., Y.P., M.P., and MARILYN
                                       PRESCOTT
18                                     (As Authorized on 11/09/11)

19
    DATED: November 9, 2011          PORTER SCOTT
20                                   A Professional Corporation

21
                                    By  /s/ John R. Whitefleet
22                                     Terence J. Cassidy
                                       John R. Whitefleet
23                                     Attorneys for Defendants
                                       COUNTY OF STANISLAUS; SHERIFF
24                                     ADAM CHRISTIANSON; SGT. CHAD
                                       BLAKE; DEP. GARY LAKE; DEP. ADAM
25                                     VOORTMAN; DEP. SHAUN MURPHY;
                                       DEP. BRIAN MUNGUIA; DEP. SANTOS
26                                     DE LOS SANTOS; DEP. RICHARD AZIZ;
                                       and DEP. JOHN BOY PALARCA
27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3
**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00955825.WPD

1 
2  DATED: November 9, 2011                    TRIMBLE, SHERINIAN & VARANINI

3                                             By /s/   Jerome M. Varanini
                                                Jerome M. Varanini
4                                               Attorney for Defendants
                                                CALIFORNIA FORENSIC MEDICAL
5                                               GROUP, INC. and DR. JOHN BAKER
                                                (As Authorized on 11/09/11)
6

7                                          **ORDER**

8   Having reviewed the above stipulation and good cause appearing therefor, IT IS

9  HEREBY ORDERED that the Pre-Trial Scheduling Order of November 4, 2010, be modified

10  with the new schedule as set forth above.

11  IT IS SO ORDERED.

12  Dated:  **November 9, 2011**                    /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

4
**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00955825.WPD