IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al. <br><br> Defendants. | Case No. 1:10-CV-00592- JLT <br><br> ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME <br><br> (Doc. 95) |

On January 19, 2012, Defendants filed an Ex Parte Application for an Order Shortening Time to Hear Defendants' Motion for Issue Sanctions and/or Monetary Sanctions in Contempt of Court Orders. (Doc. 95). Defendants assert that "good cause exists to grant the motion for sanctions on shortened time due to the impending February 10, 2012, deadline to file and serve any dispositive motions." (*Id.* at 2). Defendants argue that the deadline for filing dispositive motions is February 10, 2012, while "the earliest hearing date available for this noticed motion for sanctions is February 13, 2012, which is three (3) days <u>after</u> the due date for filing of dispositive motions." (*Id.* at 3). According to Defendants, "If the Court does not hear Defendants Motion seeking issue and/or monetary sanctions prior to that deadline, Defendants will be prejudiced in being forced to prepare arguments in their dispositive motion as against claims for relief and damages that Plaintiffs may no longer be entitled to following resolution of the motion seeking issue sanctions." (*Id.* at 2). Further,

1

Defendants assert they are "severely prejudiced in their ability to prepare a dispositive motion as against the claims for relief and damages they seek to preclude in the motion for sanctions." (*Id.*)

## ORDER

Good cause appearing, the Court **ORDERS**,

1. The motion for an order shortening time is **GRANTED**;
2. Opposition to the motion for sanctions (Doc. 94), if any, SHALL be filed no later than January 30, 2012;
3. Any reply SHALL be filed no later than February 1, 2012;
4. The telephonic hearing on the motion for sanctions SHALL be held on February 3, 2012 at 10:00 a.m.;
5. If counsel wishes to make argument on the motion for sanctions, they SHALL appear by conference call. Once all counsel is on the line, the call shall be placed to the Court at (661) 326-6624. The moving party shall initiate the conference call.

IT IS SO ORDERED.

Dated: **January 24, 2012**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE