**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL PRESCOTT, et al., | ) Case No. 1:10-CV-00592- JLT |
| Plaintiffs, | ) ORDER GRANTING IN PART |
| | ) DEFENDANTS' EX PARTE |
| v. | ) APPLICATION FOR EXTENSION OF |
| | ) TIME |
| COUNTY OF STANISLAUS, et al. | ) (Doc. 114) |
| Defendants. | ) |

On February 23, 2012, Plaintiffs filed an Ex Parte Application Extension of Time for Filing Opposition to Motions for Summary Judgment. (Doc. 114). Plaintiffs contend they "need a few more days in which to complete their Opposition briefs due to the recent illness of present counsel and the enormity and complexity of the briefs filed by Defendants in support of their motions for summary judgment." (*Id.* at 1). Therefore, Plaintiffs requested the motion hearing be continued to March 19, 2012,[1] or in the alterative, that they be given until March 1, 2012 to file an opposition, with a similar extension given to Defendants to file their replies. (*Id.* at 2).

Although Plaintiffs assert Defendant's counsel was "agreeable" to an extension of time (Doc. 114 at 2), Defendants filed an opposition to the application, noting Scheduling

---

[1] Although Plaintiffs request the motion to be heard on February 19, 2012, the Court infers this was an error, because the hearing date is set for March 12, 2012.

1

1  Order sets forth the final date for hearing on any dispositive motions is March 12, 2012, and
2  Plaintiffs did not file a motion to amend the Scheduling Order (Doc. 115).  However,
3  Defendants assert they "do not object to an extension of time with respect to the briefing
4  schedule in relation the current hearing date of March, 12, 2012." (*Id* at 2).  Defendants
5  assert they agree to an extension of time, provided Defendants receive a similar extension to
6  serve and file any reply.  *Id.*

7      Significantly, as Defendants note, Plaintiffs have not moved to amend the Scheduling
8  Order.  In addition, the Court is unable to continue the hearing date on the motions without
9  impacting the pretrial conference and trial dates.  Likewise, the Court's calendar will not
10 allow it to move the motion to March 19, 2012.  Because Plaintiffs have not demonstrated
11 moved to amend the scheduling order, or shown good cause for doing so, the hearing date of
12 March 12, 2012 is firm.  However, because Defendants do not oppose a brief extension of
13 time for Plaintiffs to file their opposition, an extension will be granted.

14     Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's ex parte application for an
15 extension of time is **GRANTED IN PART** as follows:

16     1.   Plaintiffs SHALL file opposition their opposition briefs on or before
17          **February 29, 2012**; and
18     2.   Defendants' reply briefs, if any, SHALL be filed on or before **March 7, 2012**.
19 IT IS SO ORDERED.

20 Dated:   **February 24, 2012**                  /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE