LAW OFFICE OF JOHN BURRIS
John L. Burris, Esq. (sbn 69888)
Steven R. Yourke, Esq. (sbn 118506)
7677 Oakport St., Suite 1120
Oakland, CA 94621
Phone: (510) 839-5200
Fax: (510) 839-3882
Email: syourke3@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL PRESCOTT, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-CV-00592-OWW-JLT<br><br>**AMENDED DECLARATION OF STEVEN R. YOURKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS COUNTY OF STANISLAUS, ET AL'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS**<br><br>**Date: March 12, 2012**<br>**Time: 9:00 a.m.**<br>**Courtroom: Mag. Judge J. Thurston** |

I, STEVEN R. YOURKE, ESQ., do hereby declare as follows:

    1.    I am an attorney duly licensed to practice before this Court and I represent the Plaintiffs in this action;

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the Rule 26 report prepared by Plaintiffs' jail practices expert Roger Clark in connection with this case.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of the Rule 26 report prepared by Plaintiffs' medical expert, forensic pathologist Werner Spitz, M.D. in connection with this case.

4. Attached hereto as Exhibit 3 is a true and correct copy of the deposition of Sgt. Chad Blake taken in connection with the present case.

5. Attached hereto as Exhibit 4 is a true and correct copy of the deposition of Deputy Gary Lake taken in connection with the present case.

6. Attached hereto as Exhibit 5 is a true and correct copy of the deposition of Patricia Spurgeon, R. N., taken in connection with the present case.

7. Attached hereto as Exhibit 6 is a true and correct copy of the deposition of Sgt. Steve Traverso taken in connection with the present case.

I swear that the foregoing is true under penalty of perjury.

Dated: March 4, 2012.

/s/
_____
Steven R. Yourke, Esq.