**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF STANISLAUS; Sheriff ADAM CHRISTIANSON, in his individual capacity; SGT. CHAD BLAKE; DEPUTY GARY LAKE; DEPUTY ADAM VOORTMAN; DEPUTY SHAUN MURPHY; DEPUTY BRIAN MUNGUIA; DEPUTY SANTOS DE LOS SANTOS; DEPUTY RICHARD AZIZ; and DEPUTY JOHN BOY PALARCA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, individually and as Guardian Ad Litem for minor plaintiffs A.P., C.P., R.P., T.P., Y.P., and M.P.; and MARILYN PRESCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, Sheriff ADAM CHRISTIANSON, in his individual capacity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., Sgt. CHAD BLAKE; Deputy GARY LAKE; Deputy ADAM VOORTMAN; Deputy SHAUN MURPHY; Deputy BRIAN MUNGUIA; Deputy SANTOS DE LOS SANTOS; Deputy RICHARD AZIZ; Deputy JOHN BOY PALARCA; PATRICIA SPURGEON, R.N.; AMANDA GIBSON, F.N.P.; DR. JOHN BAKER.<br><br>Defendants. | Case No. 1:10-CV-00592-JLT<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING**<br><br>Complaint Filed: 4/06/2010<br>First Amd Compl. Filed: 4/19/2011<br>Trial Date: 5/15/2012 |

Pursuant to Eastern District Local Rule 160(a), Defendants COUNTY OF STANISLAUS; Sheriff ADAM CHRISTIANSON, in his individual capacity; SGT. CHAD BLAKE; DEPUTY GARY LAKE; DEPUTY ADAM VOORTMAN; DEPUTY SHAUN MURPHY; DEPUTY BRIAN MUNGUIA; DEPUTY SANTOS DE LOS SANTOS; DEPUTY RICHARD AZIZ; and DEPUTY JOHN BOY PALARCA hereby advise the Court that this matter has tentatively resolved as between

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

all parties through mediation and settlement with Plaintiffs. This settlement is tentative in that it is subject to the approval of the Stanislaus County Board of Supervisors and the filing and granting of a Petition for Minors' Compromise. Therefore, the parties anticipate filing dispositional documents within ninety (90) calendar days of this Notice of Settlement.

In addition, Defendants also request that the hearing regarding Defendants' Motion for Summary Judgment/Adjudication, now set for March 12, 2012, at 1:30 p.m., be vacated in light of the tentative settlement of the case.

Respectfully submitted,

Dated: March 7, 2012

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ Terence J. Cassidy
    Terence J. Cassidy
    Kristina M. Hall
    John R. Whitefleet
    Attorneys for Defendants
    COUNTY OF STANISLAUS; SHERIFF ADAM CHRISTIANSON; SGT. CHAD BLAKE; DEPUTY GARY LAKE; DEPUTY ADAM VOORTMAN; DEPUTY SHAUN MURPHY; DEPUTY BRIAN MUNGUIA; DEPUTY SANTOS DE LOS SANTOS; DEPUTY RICHARD AZIZ; and DEPUTY JOHN BOY PALARCA