IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>  Defendants.<br>_____/ | Case No. 1:10-cv-00592 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANTS COUNTY OF STANISLAUS, CHRISTIANSON, BLAKE, LAKE, VOORTMAN, MURPHY, MUNGUIA, DE LOS SANTOS, AZIZ AND PALARCA |

On March 7, 2012, Plaintiff and Defendants County of Stanislaus and Adam Christianson, Chad Blake, Gary Lake, Adam Voortman, Shaun Murphy, Brian Munguia, Santos De Los Santos, Richard Aziz, and John Boy Palarca ("County Defendants") notified the Court that the matter had been settled. (Doc. 124). They request 90 days to finalize the settlement and to file the request for dismissal[1]. Id. at 2. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1.  No later than June 1, 2012, the Plaintiff and the County Defendants SHALL file a stipulated request for dismissal;

2.  The hearing on County Defendants' motion for summary judgment/summary

---

[1] They request this amount of time in order to obtain approval by the Stanislaus County Board of Supervisors and to file a motion for minor's compromise and have this motion decided. Id. However, the Court recalls that in earlier hearings, Plaintiffs reported that Plaintiff, A.P., is no longer a minor.

adjudication, set on March 12, 2012, is **VACATED**;

3. The hearing on Dr. Baker's motion for summary adjudication **remains on calendar on March 12, 2012 at 1:30 p.m. in Courtroom 6.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 110, 160.

IT IS SO ORDERED.

Dated:   **March 7, 2012**                                       /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE