IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants.<br>_____ / | Case No. 1:10-cv-00592 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 129) |

On April 11, 2012, the Court issued an order to show cause why sanctions should not be imposed for the remaining parties', Plaintiff, John Baker and California Forensic Medical Group, Inc., failure to file their pretrial documents. (Doc. 128) Immediately, Defendants' counsel filed a notice of settlement. (Doc. 129) In the notice, counsel reports that settlement has been achieved, pending the filing and approval of the minor's compromise.   However, the Court recalls that in earlier hearings, Plaintiffs reported that Plaintiff, A.P., is no longer a minor.  Whether the other children of the deceased are still minors, is unclear.

Pursuant to this Court's Local Rule 160, this Court **ORDERS**:

1. The order to show cause is **DISCHARGED**;
2. No later than May 11, 2012, the Plaintiff SHALL file a motion for approval of a minor's compromise as to any minor plaintiff related to the settlement with Dr. Baker and California Forensic Medical Group, Inc.;

1

3. All hearing dates, including the trial date, are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 110, 160.

IT IS SO ORDERED.

Dated:   **April 11, 2012**                                                                    /s/ Jennifer L. Thurston
                                                                                                    UNITED STATES MAGISTRATE JUDGE