UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>          Defendant. | Case No.: 1:10-cv-00592 JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE MOTION FOR APPROVAL OF MINORS' COMPROMISE<br><br>(Doc. 136) |

Before the Court is the stipulation of counsel to continue the motion for approval of minors' compromise for one week. (Doc. 136) Plaintiff's counsel has suffered the loss of a close friend and will be unable to proceed on the motion as scheduled as a result. Id. at 2.

Good cause appearing, the motion for approval of minors' compromise (Doc. 131), currently set on June 11, 2012, is **ORDERED** to be continued to June 18, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **June 6, 2012**                         /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

1