1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., | Case No.: 1:10-cv-00592 JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO CONTINUE MOTION FOR APPROVAL OF MINORS' COMPROMISE |
| v. | |
| COUNTY OF STANISLAUS, et al., | (Doc. 136) |
| Defendant. | |

Before the Court is the stipulation of counsel to continue the motion for approval of minors' compromise for one week. (Doc. 136) Plaintiff's counsel has suffered the loss of a close friend and will be unable to proceed on the motion as scheduled as a result. Id. at 2.

Good cause appearing, the motion for approval of minors' compromise (Doc. 131), currently set on June 11, 2012, is **ORDERED** to be continued to June 18, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **June 6, 2012**                              /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

1