UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTY OF STANISLAUS, et al., )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No.: 1:10-cv-00592 - JLT<br><br>ORDER GRANTING STIPULATION TO DISMISS THE CASE WITH PREJUDICE<br><br>(Doc. 141) |

Before the Court is the stipulation of counsel to dismiss the matter with prejudice according to Fed. R. Civ. P. 41.  Good cause appearing, the Court **ORDERS** the matter is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated:   **August 15, 2012**             **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE