UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | Case No.: 1:10-cv-00592 - JLT <br><br> ORDER GRANTING STIPULATION TO DISMISS THE CASE WITH PREJUDICE <br><br> (Doc. 141) |

Before the Court is the stipulation of counsel to dismiss the matter with prejudice according to Fed. R. Civ. P. 41. Good cause appearing, the Court **ORDERS** the matter is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated:   **August 15, 2012**             **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE

1