**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL PRESCOTT, et al.,<br><br>          Plaintiffs,<br><br>       v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>          Defendants. | Case No.: 1:10-cv-00592 - JLT<br><br>ORDER DISREGARDING STIPULATION TO DISMISS THE CASE WITH PREJUDICE<br><br>(Doc. 143) |

On September 6, 2012, the parties filed a stipulation of counsel to dismiss the matter with prejudice as to Defendants John Baker, M.D. and California Forensic Medical Group, Inc. for a waiver of all costs. (Doc. 143). The parties previously filed a stipulation of counsel to dismiss the matter with prejudice according to Fed. R. Civ. P. 41 as to all defendants. (Doc. 141). The Court ordered the matter is dismissed with prejudice on August 15, 2012, based upon the parties' stipulation. (Doc. 142). Since the case is closed, no further filings will be accepted in this case. The Stipulation filed on September 6, 2012 is therefore disregarded.

IT IS SO ORDERED.

Dated:   __September 7, 2012__          _____/s/ Jennifer L. Thurston__
                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28