UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-00592 - JLT<br><br>ORDER GRANTING REQUEST FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT<br><br>(Doc. 145) |

　　　　On June 18, 2012, the Court granted the petition to approve settlement of the minors' claims. (Doc. 140)  As a result, for each of the minor children, the Court ordered their settlement funds to be deposited in insured, blocked accounts subject to withdrawal only upon the approval of the Court. Id. at 6-7.

　　　　Currently before the Court is the petition to withdraw $3,960 from the accounts of children C.P. and M.P. and $2,262 from the account for R.P. (Doc. 145 at 2) These amounts will pay for the orthodontic care for each of the children.  Attached to the request for the withdrawal of the funds is the payment history for R.P.'s orthodontic care and the outstanding balance and estimates for the orthodontic care for the other two children from Rondon Orthodonics. Id. at 5-9.

　　　　Good cause appearing, the Court **ORDERS**:

　　　　1.　The request to withdraw $3,960 from the blocked account held for C.P. is **GRANTED**;

　　　　2.　The request to withdraw $3,960 from the blocked account held for M.P. is **GRANTED**;

1

3. The request to withdraw $2,262 from the blocked account held for R.P. is **GRANTED**; **Within five court days** of the withdrawal of these funds, Plaintiff, Rachel Prescott, **SHALL** file copies of the receipts from Rondon Orthodonics showing payments of these monies on behalf of the children for their orthodontic care.

IT IS SO ORDERED.

Dated:   **March 4, 2013**                    **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE