1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | RACHEL PRESCOTT, et al.,                ) Case No.: 1:10-cv-00592 - JLT
                                             )
12 |          Plaintiffs,                    ) ORDER GRANTING REQUEST TO DISBURSE
                                             ) FUNDS FROM BLOCKED ACCOUNT TO C.P.
13 |     v.                                  )
                                             ) (Doc. 147)
14 | COUNTY OF STANISLAUS, et al.,           )
                                             )
15 |          Defendants.                    )
                                             )
16                                           )

On June 18, 2012, the Court granted the petition to approve settlement of the minors' claims. (Doc. 140) As a result, for each of the minor children, the Court ordered their settlement funds to be deposited in insured, blocked accounts subject to withdrawal only upon the approval of the Court. Id. at 6-7.

Currently before the Court is the petition to disburse the entirety of the funds held for C. P. who now has attained the age of majority. (Doc. 147 at 2) Notably, the blocked accounts were set up originally for the purpose of holding the money for the children until they reached adulthood. (Doc. 140) Good cause appearing, the Court **ORDERS**:

1. The request to disburse the funds held in the blocked account for C. P. (Doc. 147) is **GRANTED**;

///

///

2. JP Morgan Chase Bank, located at 2900 Standiford Avenue, Modesto, CA 95350, is **ORDERED** to release the entirety of funds held for C.P. to her.

IT IS SO ORDERED.

Dated:   **August 19, 2014**                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE