# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., | Case No.: 1:10-cv-00592 - JLT |
| Plaintiffs, | ORDER GRANTING REQUEST TO DISBURSE FUNDS FROM BLOCKED ACCOUNT TO C.P. |
| v. | |
| COUNTY OF STANISLAUS, et al., | (Doc. 149) |
| Defendants. | |

On June 18, 2012, the Court granted the petition to approve settlement of the minors' claims. (Doc. 140) On that date, the Court ordered settlement funds attributed to each child to be deposited in an insured, blocked account. Id. at 6-7. The Court has approved one prior withdrawal, in the amount of $2,262, from the child's account to pay for orthodontia care. (Doc. 146)

Now before the Court is the petition to disburse the entirety of the remaining funds held for R.P. upon her turning 18 on September 3, 2015. (Doc. 149 at 2; Doc. 149-1) Notably, the blocked account was set up originally for the purpose of holding the money for the child until she reached adulthood. (Doc. 140) Good cause appearing, the Court **ORDERS**:

1. The request to disburse the funds held in the blocked account for R. P. (Doc. 1479 is **GRANTED**;

///

///

1

2. On or after September 3, 3015, JP Morgan Chase Bank, located at 2900 Standiford Avenue, Modesto, CA 95350, is **ORDERED** to release the entirety of funds held for R.P. to her.

IT IS SO ORDERED.

   Dated: **July 21, 2015**                    **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE