# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PRESCOTT, et al., | Case No.: 1:10-cv-00592 - JLT |
| Plaintiffs, | ORDER GRANTING REQUEST TO DISBURSE FUNDS FROM BLOCKED ACCOUNT TO M.P. |
| v. | |
| COUNTY OF STANISLAUS, et al., | (Doc. 151) |
| Defendants. | |

On June 18, 2012, the Court granted the petition to approve settlement of the minors' claims. (Doc. 140) On that date, the Court ordered settlement funds attributed to each child to be deposited in an insured, blocked account. Id. at 6-7.

Now before the Court is the petition to disburse the entirety of the remaining funds held for M.P. because she has turned 18 on August 13, 2017. (Doc. 151 at 2) The blocked account was set up originally for the purpose of holding the money for the child until she reached adulthood. (Doc. 140) Good cause appearing, the Court **ORDERS**:

1. The request to disburse the funds held in the blocked account for M. P. (Doc. 151) is **GRANTED**;

///

///

1

2. JP Morgan Chase Bank, located at 2900 Standiford Avenue, Modesto, CA 95350, is **ORDERED** to release the entirety of funds held for M.P. to her.

IT IS SO ORDERED.

Dated: __**August 29, 2017**__     __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE